IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN L. CAIN,           )  | |
|       Plaintiff,          )  | |
|                           )  | |
| v.                        )  | CIVIL ACTION: 14-00577-KD-B |
|                           )  | |
| CONTINENTIAL MOTORS, INC.,)  | |
|       Defendant.          )  | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 25, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Quash (Doc. 15) is **GRANTED**, Defendant's Motion to Dismiss (as supplemented) (Docs. 12, 16) is **GRANTED in part,** and Plaintiff's Complaint is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the **10th** day of **December 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**